UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Isaac Industies, Inc.

     Plaintiff

v.

CSX Transportation et al
     Defendant

Civil Action No. 07-2289(DMC)

**CLERK'S ORDER**

RECEIVED
MAY 23 2007
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

This matter having come before the Court upon the filing of a complaint, notice of removal, petition for writ of habeas corpus, or *pro hac vice* request for NEF on ___5/15/07___, by ___Lisa Rodriguez___, Esq., counsel for plaintiff in the above-captioned matter, and it appearing that the pleading was electronically filed using the Court's CM/ECF filing system and the payment of filing fees made via **Pay.gov**; and it further appearing that:

 a. An overpayment has been made by the filer, **OR**

(X) b. A duplicate, identical complaint, notice of removal, petition for writ of habeas corpus or *pro hac vice* request for NEF was filed more than once by the same attorney or the same law firm;

and for good cause shown,

 IT IS on this __23rd__ day of __May__, 20_07_,

 **ORDERED THAT** the sum of $ __350.00__ be refunded through **Pay.gov**.

WILLIAM T. WALSH, CLERK
United States District Court

By: _____
James P. Murphy, Jr., Deputy Clerk